Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

Rahiecel Collier 12ASleoo )
)
)
)
_____ )
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )

-v-

DANIEL, F. MArtuScLllo III )(Commissioner)
Five Points C.F. Superintendent )
New york State DepArtment of Corrections )
_____ )
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.)

Case No. _____

(to be filled in by the Clerk's Office)

U.S. DISTRICT COURT - N.D. OF N.Y.
**F I L E D**
AUG 1 4 2025
AT_____ O'CLOCK_____
John M. Domurad. Clerk - Syracuse

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
All other names by which
you have been known:
ID Number
Current Institution
Address

Rahciel Collier

Rachiel L. Collier

12AS600

Five Points Correctional Facility
State Route 96 P.O. Box 119
Rumulus          NY          14541
*City*           *State*     *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name
Job or Title (if known)
Shield Number
Employer
Address

Daniel F. Martuscello III
Commissioner
N/A
Department of Correction (New York State)
1220 Washington Avenue
Albany          NY          12224
*City*          *State*     *Zip Code*

☑ Individual capacity    ☑ Official capacity

Defendant No. 2
Name
Job or Title (if known)
Shield Number
Employer
Address

Five Points Correctional Superintendent
Superintendent
N/A
Department of Corrections (New York State)
1220 Washington Avenue
Albany          NY          12224
*City*          *State*     *Zip Code*

☑ Individual capacity    ☐ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name                Ramon E. Rivera

Job or Title *(if known)*    Honorable Judge

Shield Number

Employer            Court of Claims State of new york

Address             Box 7344, Capitol Station

Albany          NY          12224
*City*          *State*        *Zip Code*

[✓] Individual capacity    [✓] Official capacity

Defendant No. 4

Name                Letit Letitia James

Job or Title *(if known)*    The new york State Attorney General
Attorney General

Shield Number

Employer

Address             Albany Executive office the capitol

Albany          NY          12224
*City*          *State*        *Zip Code*

[✓] Individual capacity    [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violations of the eighth And Fourteenth Amendent cruel And unusual punishment And Denial of Equal Rights And Protections

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.     Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV.     Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

The clains starting in Clinton Correctional Faculity 2022 And Have Been Occuring Every day since then,

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

The Claims Started in March 2022

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* The Facts underlying The claim is everyday Since It Started I Have Been Subjected to mental Anguish By the voices, Telling me To Do Things I Dont want To Do Forcing me To lose weight And lose Sleep. (see Attached Paper Called Continuing D")

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I Recieved A cut on my left Arm In Clinton Correction It Required Several Stitches, I spent multiple days in isolation, My court date was interfered with I was representing myself, I was Denied To Go To my grandmother Funeral. My ~~Social~~ Relationship with my Fiance was Destroyed, Everyday I Feel like I'm Dying. (See Attached Paper Called Injuries V.

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I want the court To Release me From Prison And Award Me 150 Million Dollars. I want the court To utilize Any power necessary To Secure my saftey Before the suit is Settled. The Basis For these claims is The Department of Corrections cant Prevent this From occuring Because It has Been Going on for The past 3 years. I'm willing To Take A Polygraph Test To Prove What I'm saying is True.

"Continuing D"

Since this started I lose Alot of sleep. There have Been many Nights I stayed up with stranger In the cell Fighting The voices. I stayed up Arguing with voices not To harm Somebody so. when I Got cut N clinton Right when The voices started I was told constantly to Harm people. F was kept up All night Paced to Talk To myself and say Things. Upon Arrival At upstate C.F. Being Placed in The cell with different People I Sat Down And stayed up All night perfecting A State habeas corpus To Get out of prison. But mainly I was praying the voices Stopped. AS I Road The state Bus Farther And Further Away from upstate correctional Facility I notice the voices didnt stop. They Talked To me And Antagonized me All throughout the court proceedings In front of Laura M. Jordan In Rensselaer county court. multiple nights I was Antagonized that My family died, that my kids Died. I was Told multiple times That I was Nothing And for me To kill myself. I was Told that Everything I did they will see. Imagine my life Being Subjected To This everyday. I was Told the love of my life died. I kept calling her Because The voices made me keep Asking her To do Things Just So I could sleep, If I didnt The noises would get louder. These voices Ruined my family Relationships. I Dont Believe my family is my family Now Because if they Are why wouldnt They help me In my situation if Im Telling Them what's occurring.

"Continuity 1"

I. was Forced By The Voices To get into multiple Fights that Ruined my clemency Application. I Had pending charges for the clinton Incident and I was Cut made me Feel like my chance For Freedom was nowe. The voices Are Currently have me doing 5 extra Years for A crime I never did And Already served Time for. Im currently doing Time for Assault Intent But The Injury for that Assault is The same Bee Injury of The Robbery charges I served 15 years Conditional Blest Release Date 12'12. As Most Important I cant Have Intent To Assault The victim if my Accomplice who Is Assisting me In Crime is Shot As well. The gun only discharged once, This would Be Rechless Behavior, Rendering me Innocent of Intending To Shoot Cause Serious physical injury To The victim. The voices prevented me from This Articulation in Court. The Commissioner is Aware of It And The Attorney General And Therefore is Responsible. My Freedom is priceless. All The events happened And is continuing To occur under The Department of Corrections Supervision. Care, Custody And Control. Please Help me

_[signature]_ 1208610

Injuries V.

The voices say things About my life Thats not True And Force me To say things just To Sleep. Im paranoid Now And Have major Anxiety. Mental Health Diagnosed me with P.T.S.D And prescribed me with Zoloft until I Realized The voices was real And Stop Taking The medication. I fear Being Around Certain correctional officers Because of my Anxiety. As claimed in the State they Tried To kill me. Im mentally damaged And Feel I will never go home. Because That chance I Had on State habeas corpus For Actual Innocence was the voices Controlling me. My Freedom is worth millions. I didnt Do the crime And The voices Forced me To come Back To Prison from The Courthouse on September 27, 2022. Im still Being subjected To mentally, emotional, distress and Anguish Through my Injuries And litigation for help

Please help me... I'll Do whatever.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Upstate Correctional Facility
Green Haven, Elmira Correctional Facility
Clinton Correctional Facility, Great meadows Correctional Facility Five Points Correctional Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All of them Because It involves my safety

Page 6 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

I Filed The Grievance At Five Points C.F. / But made complant everywhere,

2.    What did you claim in your grievance? In my Grievance I claimed that I'm. Being Cyber Bullied Through The Security System And The Voices Are Cwsing mental Anguish And Try To get me To Harm my self or other people, I said that It (The voices) Interfered with me Representing

3.    What was the result, if any? my self At court.

The grievance was Always denied At the Facility level. A Sqt did ASk me about my claims And laugh A Few Times,

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I Appealed All Grievances To The Superintendent I then wrote To The Superintendent And Commissioner explaining My Troubles And The Letter Always Got Forwarded,

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.     If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here: At Certain points In my life I thought what I was experiencing was Fake. I was Forced upon medication, well Zoloft for PTSD, then I Realized I Believe in GOD And The System of Justice CAnt Fail me Twice.

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I Informed The Superintendent of Five Points C.F. The Commissioner of D.O.C, / mental Health Department And The Dept of Security of Five Points the Information Always Got Forwarded. I Also notified O.S.I.

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I Filed This Claim In The State Court of Claims which I Recently withdrew And I Sought help from the Attorney Generals office on multiple occasions,

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* Attached state Court File

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

 No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.    Parties to the previous lawsuit
Plaintiff(s)  Zahcief Collir R
Defendant(s)  the State of New York

2.    Court (if federal court, name the district; if state court, name the county and State)
New york State Court of Claims

3.    Docket or index number
Claim No, 142445

4.    Name of Judge assigned to your case
Honorable Ramón E Rivera,

5.    Approximate date of filing lawsuit
July 29, 2025

6.    Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

Pending Trial ( Pretrial motions

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Page 9 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _August 4, 2025_

Signature of Plaintiff   _____

Printed Name of Plaintiff   _Rahciel Coll.el_

Prison Identification #   _12AS60_

Prison Address   _Five Points Correctional Facility_

_Romulus_          _NY_        _14541_
City                   State      Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

_____
City            State      Zip Code

Telephone Number   _____

E-mail Address   _____

Assigned Judge

August 3, 2025

United States District Court
Northern District


To whom It may concern,

My ~~boss~~ cousin ~~Jacq~~ Jalyssa Jackson has me under the impression She published A Book called Standing Strong And Alone By Rahael collier on Barnes And nobles.com. What Bothers Me IS I I told All the people Below who is close Family To Me About what's going on And they have took No Action. (same list I give The Attorney General To Investigate)

Jalyssa Jackson
Melissa Lee
Selena mayo
Nylasia Taylor
Sadasia ~~Bean~~ Bean Newell
Sarah Austin
Sheena Myers
Marisa Catalano
Kevin Mayo
Kathasia Wilson
Cori ~~Campbell~~ Campbell



Thank you for your Time And Consideration

R-Cullw

Daniel F. Martuscello III                    June 17, 2025
Department of correctional Services
The Harriman State Campus 1220 washington Avenue
Albany NY 12226-2050
Collieb, Rahceil
12A5600
Five Points C.F.

         I Am writing To Inform you That since
much 2022 I Have Been writing individuals under
your employment Informing them That I Have
Been Being cyber-Bullied through the Department
of corrections. It's not the Tablet And It's not the
Phones. I did Not Agree To the Invasion of
Privacy or Agree To Be A Test Dummy for Such.
This has Interfeard with my personal Life, Allowed
me To Be Cut In Clinton, Intefered with me
Representing myself in court proceedings And is
giving me A Sentence worst than Death. Right
now the voices is Telling me To harm people
Mainly my cell-mates. You Are Being Informed directly
By me So you Are now Responsible For All Actions
                                            Rahul 12A8600

CC: Collieb Rahceil              Five Points C.F.
12A5600 Files

Superintendent                                    June 17, 2025

Collick, Rahiek

12A5600

10-B2-35T

                    To whom It may Concern,
                              Everytime I write
you About my Safety you Forward the letter To Someone
And It Never gets Addressed, you Are Responsible For everything
That is happening To me or Anything That Happens To me,
Im Continuing To Be Cyber-Bullied Throughout the Department
of Corrections Security System, It's Not the Tablet,
It's Not the phone, It's Through the Air And vents,
Now Im Tired of The voices Causing me mental Anguish
And Trying To Get me To harm Cell-mates, Im
perfectly Sane But this Has Been going on
Since march 2022, I Intend to Sue you In your
own Official Capacity As Superintendent, Please Be
Advised I Fear For Anyone you Place me In The cell
with me Because I Cant Control what your Allowing
To Be Done To me, It's your Fault, Have A Blessed
Day,

                                        J. Collick 12A5600
                                        10-B2-35T

CC: Collick, Rahiek
12A5600

I.G.R.C.                              June 17, 2025

Collier, Raticiel
12A5600
10-B2-35+

On multiple occasions I Have wrote
the superintendent And Dept of Security About
CyberBullying That has Been occuring To me Since
March 2022, This Grievance Is About The most Recent
To the superintendent on June 17, 2025. The Allegations
get forwarded And No Investigation Is Actually Done.

Action Requested: For the superintendent Has Having
Custody over I.I. To give A Response To The
Investigation.

                                    [signature] 12A5600

                            10-B2-35+

CC: Collier Raticiel
    12A5600 Files

State Claim                                              August 3, 2025

Behind this Paper is the State Claim in the court of claims I Filed. I Requested that the cyber Bullying claim Be dismissed in the State Because Nothing is getting Done. Attached is a copy of such letter to the Judge that will give this Court Jurisdiction.

Behind this paper in the claim Filed with the Court of claims Includes the grievances that is Relevant to this claim in Federal Court

Thank you for your consideration

"Withdrawl"

Court of claims                                    August 3, 2005
State of New York                       Collier, V. state of New York
Box 7344, capitol station               Claim No: 142445
Albany NY 12224

                    Honorable Ramon E. Rivera,
                                          I Am writing
To withdraw my claim in the lawsuit That I Am
Being cyber Bullied. Im only withdrawing That claim
Because Im still Being Injured By It And you
As judge didnt help me yet nor The Attorney General,
So Im Pursuing This In Federal Court. I Cant Represent
myself And Be Subjected To this mental Anguish
Everyday. I Requested Injunction Relief you
never Ruled upon. Im In D.Stress.
Thank you for your Time.
                                        R. Cult   12AS600
                                        Five Points C.F
CC: Attorney General

C

CC: Collier, Patrick
    12AS600 Files


CC: North District court

withdrawl

Court of Claims                          Affirmation of Service
State of New York                        By u.s. mail
                                         Title 28 u.s.c. 1744
(Raticiek collier Against the state of New york) CPLR 105 (u)


State of New York)
County of Seneca) S.S.:.
Town of Romulus)


   I Raticiek collier, Being Sworn under the penalty of perjury
Pursuant To Title 28 u.s.c. 1744, CPLR 105 (u), Fed R.Civi P.
43(B) State that on The 3rd Day of August 2025 I mailed
the paper called "withdrawl" To The Following Parties VIA
U.S. Postal Service By Handing Such mail To officer.


Parties were:
Clerk of Court of Claims Box 7344, Cap.tol Station Albany NY 12824
To Forward To Ramon E. Rivera
New York State Attorney General - Albany Executive office The Cap.tol
Albany NY 12224-0341 RAy A Ryles (ASSistant)
the United States Nothern District Court Clerk To File
with ASSigned Judge (1983) P.O.Box 7367 100 S. Clinton Street.
Syracuse New York 13261-7361

                                        R.coll
                                        F.N Points C. Facility
Executed: August 3, 2025                State Route 96, P.O. Box 119
                                        Romulus NY 14541

This form is unofficial and provided primarily for pro se litigants. It should be completed in accordance with the substantive pleading requirements of Court of Claims Act section 11(b).

**State of New York**
**Court of Claims**

_Rahcip Collier_,

Claimant(s)

_the State of New york_,   v.

Defendant(s)

**FILED**

JUL 29 2024  142445

STATE COURT OF CLAIMS
ALBANY, N.Y

**Claim**

1. The post office address of the claimant (you) is _Rahcip Collier 12A5600_ _Five Points Correctional Facility State Route 96 P.O. Box 119 Romulus NY 14541._

2. This claim arises from the acts or omissions of the defendant. Details of said acts or omissions are as follows (be specific): _On June 12th, 2024 At Approximately 1:35pm I was extracted At Five Points Correctional Facility in 8 Building Ct-12B cell. Sergeant Forsssim Administered on application of MK-4 phantom of pepper spray. A Half Application Consisting of 1-1 second burst from canister #22-4 And A Half application consisting of 1-1 Second burst from canister #22-8 As detailed in the Ticket Dated June 12th 2024. During the course of the extraction I was Subjected to Unaligence on behalf of the officers when the MK-4 phantom oc pepper spray was utilized. I was left in the cell for At least 2 minutes After Such Spray was utilized and I was yelling "I was complying" with orders Along with Mr. Forsythe, who Never refused to comply with orders. Collier Refused At First Because the proper protocols had Not Been Followed at the Time. Medical Did not come to the cell and OMH Did Not Investigate My Claims or letters I wrote Days prior to the Incident. After the extraction Forsythe, William was moved from the cell to be decontaminated._
_([2 continued on separate page # 2.] Attached]._

3. The place where the act(s) took place is (be specific): _Five Points Correctional Facility 8 Building 8-Ct-12 cell - Through the Hallway to 16 Building._

4. This claim accrued on the _12th_ day of _June_, _2024_ at _1:35pm_ o'clock.

**RECEIVED**

JUL 29 2024

STATE COURT OF CLAIMS
OFFICE OF THE CHIEF CLERK
ALBANY, N.Y.

Claim No. 142445

5. Identify the items of damage or injuries claimed to have been sustained:

Twisted Arm, mental Anguish Subjected to Racial Slurr, Denied The right To practice Religon, Denied medical Treatment, Defamation of charactor.              (See # 5 Continuing Separate page)

6. (Check appropriate box):

☑ This Claim is served and filed within **90 days of accrual**.
                OR
☐ A Notice of Intention to File a Claim was served on _____, which was within 90 days of accrual.
                OR
☐ This is a claim by a correctional facility inmate to recover damages for injury to or loss of personal property and it is served and filed within **120 days of the exhaustion of claimant's administrative remedies.**

By reason of the foregoing, Claimant was damaged in the amount of $ 235,000.00 , and Claimant demands judgment against the Defendant(s) for said amount.    Two Hundred Thirty five Thousand Dollars

_____
Claimant

## VERIFICATION

STATE OF NEW YORK    ) ss:
COUNTY OF  Seneca     )

_____, being duly sworn, deposes and says that deponent is the Claimant in the within action; that deponent has read the foregoing Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes it to be true.

_____

Sworn to before me this 21 day
of July , 2024.

_____
Notary Public, State of New York

Jonathan M. Hall
Notary Public, State of New York
Registration No. 01HA6241732
Qualified in Monroe County
Commission Expires July 16, 2027

### SERVICE AND FILING INSTRUCTIONS

You must serve a copy of the claim in accordance with Court of Claims Act section 11(a) and you must file the original and two copies, with proof of service, and the filing fee of $50.00 or an application for waiver or reduction of the filing fee, with the Clerk of the Court of Claims.

**FAILURE TO EFFECT PROPER AND TIMELY SERVICE AND FILING MAY RESULT IN DISMISSAL OF YOUR CLAIM**

New York State Court of Claims
Justice Building, P.O. Box 7344
Albany, New York 12224
(518) 432-3411

Question TWO pg 1.

Continuing #2:

Mr. Forsythe was escorted Somewhere in 8 Building. I couldn't see or Breath And was escorted To 10 Building To Be decontaminated. Along the Hallway where there's cameras And Audio officers Told me "I was lucky they didn't George Floyd me" After I told them "they was Foul For Doing what they did To me". After Decontamination I Told officers "I couldn't see Still And I needed Something For my eyes", which I was denied. During the Strip Fresh my Religous Head Covering was Taken off my head And Thrown And I was Forced to Remove my Religous Beads From my neck Against my will.

I Reported Injuries That I couldn't see And my Arm was hurt From Being Twisted.

During The Incident which is A Controversy claim Claimant was Subjected To Cyber Bullying which Have Been occuring For over the past 1/2 years Since March 28, 2022.

I Have made multiple Complaints which was ignored on Behalf of officers And State officials under The employment of the department of Corrections.

## Question TWO    pg.2

Continuing # 2:

ON September 27, 2022 I Appeared in Rensselaer County Court on A state habeas corpus proceeding And the cyber Bullying Continued. I've made Complaints To J-pay, mental Health, Superintendents Which leads me To Believe It has Something to Do with my Pin # Being Hacked through the Department of Corrections.

I informed The Rensselaer County Court AS well And Rensselaer Family Court, I Also wrote To the FBI And Informed All parties I was willing To Take A lie detector Test That This is occuring.

Im losing Sleep, weight, And Subjected to Trauma Behind The Breach of security, this Cyber Bullying is interfering with my Family Relationships And Destroying my life, Im willing To Take A lie detector Test And I Request the Judge To Have An In Court Inspection of The Correctional Camera And video footage.

I Have Submitted grievances in A Timely Fashion which was unresolved.

Wherefore claimant request Such and Further Relief.

Question Five Pg. 1

Continuing # 5:

medical - malpractice

Nurse was not provided To Incarcerated Individual Before extraction To determine if It was safe or not According To my Health Issues, (AS collier had A medical call out that morning). And OMH Gibson Did Not Investigate Incarcerated Individual P.T.S.D OR Reasons why He didn't want To leave the cell.) (Anxiety). Once I Told Gibson My P.T.S.D. was Triggering me and I was no longer on medication The Incident Became A medical ISSue Not An excose for officials or officers To utilize force,

Defamation of character - the Officers that Transfered me From 8 Building To 10 Building made me feel less Than my worth And not AS important By Taking Too long To Decontaminate me And made me walk AS If I was Blind Before giving me medical Treatment. And when I was decontaminated It Is was for one minute or less, Because of my Religion

Mental Anguish. For Being Injured in the cell mentally, AS I was Begging To come out And Being Subjected To Racial Slurr about George Floyd; And Them Taking me pass multiple decontamination Area's Before Decontaminating me And Throwing me IN the cell with somebody when I couldn't see.

Question Five pg. 2

Continuing #5

I Also Sustained Injuries From Being Cyber Bullied under the Custody of the Department of Correctional And From Facing Displinury Sanctions For charges not contained within The Ticket. Claimant Request To Be Compensated For Such Injuries mentioned And Request The Court issue All Further relief As just And proper.

Continue Five #5 A

Injunction Relief - Removing me From Five Points Correctional Facility And preventing D.O.C.C.S. From Taking Away my Phones And Tablets So I Can Communicate with my Family.

Claimant Also Request The District Attorney/Attorney General Retrieve The video Footage From The Incident Date June 12, 2024 At Approximately 1:35 Pm until Claimant Arrives At 10 Building where Decontamination Took Place And video And Audio From Approximately 7:30 Am On June 12, 2024 when I was notified I was moving And video And Audio when each person Arrived At 8-C1-12B To Follow protocol of extraction.

Claimant would like To Be Compensated For mental Anguish occured that occured Trying To recieve Such Documents.

Question Five pg. 3

Continuing Five-A # 5 A

Claimant Ask For An injunction Relief/
emergency Relief To Be. Released / From
D.o.c.c.S into A county Jail As He was
Not Sentenced To Die or Cyber Bullying
And The Department of corrections cannot
protect Him.

The Claimant is Asking For An In court Camera
Inspection of the Incident Dated June 12, 2024.

**State of New York**                                    Claim No. 142445
**Court of Claims**

*Rahciid Collier*,

                                                    Claimant(s)

                            v.                          **Affidavit of Service**

*The State of New York*,                                Claim No. _____

                            Defendant(s)                Assigned Judge:

                                                        _____

State of New York          )
County of _____       )ss:

*Rahciid Collier*_____, being duly sworn, deposes and says:

I am over the age of eighteen (18) years, and on _July 17_, 20_24_, I served a true copy of the attached _Claim and Exhibits_____ in the following manner:

**(For a Claim):**

☑ **by mailing it** in a sealed envelope, **certified mail, return receipt requested,** with postage prepaid, in a post office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee as follows:

*The State of New York*          *New York State Court of Claims*
*Attorney General Office*        *Justice Building, P.O. Box 7344*
*The Capitol*                    *Albany NY  12224*
*Albany New York 12224-034* **OR**

☐ **by delivering it** to the following person(s) at the address(es) indicated below:

**RECEIVED**

**JUL 29 2024**

STATE COURT OF CLAIMS
OFFICE OF THE CHIEF CLERK
ALBANY, N.Y.

**(For a Notice of Motion and Supporting Papers):**

☐ by mailing them in a sealed envelope, with postage prepaid, in a post office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee as follows:

_____
(Signature)

Sworn to before me this _11_ day
of _July_____, 20_24_

_____
Notary Public

Jonathan M. Hall
Notary Public, State of New York
Registration No. 01HA6241732
Qualified in Monroe County
Commission Expires July 16, 2027

**State of New York**
**Court of Claims**

_Rahciel Collier_

DIN No. __12A5600__ , Claimant,

v.

The State of New York,

_____ Defendant.

Affidavit in Support of Application
Pursuant to CPLR 1101 (f)

Claim No.

State of New York        )
                         ) ss:
County of _Seneca_       )

I, __Rahciel Collier__ , being duly sworn, hereby declare as follows:

1) I am the claimant in this proceeding, I am an inmate in a federal, state or local correctional facility (state place of incarceration: _Five Points C.F._ ), and I submit this affidavit to support my application for a reduction of the filing fee.

2) I currently receive income from the following sources, not including correctional facility wages:

_N/A_

_N/A_

3) I own the following valuable property (other than miscellaneous personal property):

☑ NONE

☐ List property:                           Value:

4) I have no savings, property, assets or income other than as listed above.

**RECEIVED**

JUL 2 9 2024

STATE COURT OF CLAIMS
OFFICE OF THE CHIEF CLERK
ALBANY, N.Y.

Page 10 of 56                                      Claim No. 142445

4.   I own the following property (list all real and personal property, including bank accounts and securities in which you have a beneficial interest, other than miscellaneous personal property of nominal value):

Property:                                          Value:

_N/A_                                              _N/A_

5. I am responsible for payment of the following debts:

Debt:                                              Amount:

_N/A_                                              _N/A_

6. I have no savings, property, assets of income other than as set forth herein.

7. I am unable to pay the costs, fees and expenses necessary to prosecute the above-captioned action/proceeding.

8. There is no other person who has a beneficial interest in the recovery I am seeking in the above-captioned action/proceeding who is able to pay the fees, costs and expenses necessary to its prosecution.

9. The nature of the above-captioned action/proceeding and the facts therein are described in my pleadings and in other papers filed with the court.

10. I have made no prior request for this relief in the above-captioned action/proceeding.

_(signature)_

Sworn to before me this _17_ day of _Jan_ , _2027_

_Notary Public_

Jonathan M. Hall
Notary Public, State of New York
Registration No. 01HA6241732
Qualified in Monroe County
Commission Expires July 16, 2027

10.    I have not made any prior application for the relief requested.


Wherefore, I respectfully request that an order be issued granting the Petitioner a reduced filing fee, and for such other and further relief as to this Court may deem just and proper.


Respectfully submitted,


Petitioner, Pro-se
Five Points C.F.
P.O. Box 119
Romulus, New York 14541


## AUTHORIZATION

I, _Rahcaif Collier_, inmate number _12A5600_, request and authorize the agency holding me in custody to send to the Clerk of the Court certified copies of the correctional facility trust fund account statement, or the institutional equivalent, for the past six months.

I further request and authorize the agency holding me in custody to deduct the filing fee from my correctional facility trust fund account, or the institutional equivalent, and to disburse those amounts as instructed by the Court. This authorization is furnished in connection with the above-entitled case and shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT I MAY HAVE TO PAY THE ENTIRE FEE IF THE COURT DENIES MY REQUEST FOR FEE REDUCTION. MOREOVER, I UNDERSTAND THAT THE FEE REDUCTION DETERMINED BY THE COURT WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTION FROM MY CORRECTIONAL FACILITY TRUST FUND ACCOUNT IF MY CASE IS DISMISSED


Respectfully submitted,


Petitioner, Pro-Se
Five Points C.F.
P.O. Box 119
Romulus, New York 14541


Sworn to before me this
_11_ day of _July_, 20_24_


NOTARY PUBLIC
Jonathan M. Hall
Notary Public, State of New York
Registration No. 01HA6241732
Qualified in Monroe County
Commission Expires July 16, 2027

FORM 2171B (11-21)
Sido 2

Claim No. 142445

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES



## Five Points Correctional Facility

**INCARCERATED INDIVIDUAL MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL INDIVIDUO ENCARCELADO**

| 1. NAME OF INCARCERATED INDIVIDUAL (Last, First) ♦ NOMBRE DEL INDIVIDUO ENCARCELADO (Apellido, Nombre) | NO. ♦ NUM | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Collier, R. | 12A5600 | ~~10-B2-27T~~ 8-C1-12B |

| 2 LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| 8-C1-12 Cell | June 12th, 2024 | 1:35 PM  Approximately |

**3 RULE VIOLATION(S) ♦ VIOLACION/ES**

109.15 - REFUSE DOUBLE CELLING        107.10 - INTERFERENCE

104.13 - CREATE DISTURBANCE        104.11 - VIOLENT CONDUCT

109.12 - MOVEMENT VIOLATION

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCION DEL INCIDENTE**

On the above date and approximate time Incarcerated Individuals Collier, R 12A5600 (GP 08-C1-12B) and Forsythe, W. 22B5114 (GP 08-C1-12T) were given a direct order by Sergeant Carissimi to exit 08-C1-12 cell, which both I/I's refused. Superintendent Lowerre was notified and authorized a cell extraction to include the use of chemical agents if necessary. Both I/I's were cleared for chemical agent exposure by facility medical. Cell extraction protocols were completed in an attempt to get the I/I's to exit the cell voluntarily, but were unsuccessful. An extraction team was assembled. Lt Biccum gave the I/I's a final order to exit the cell, which both I/I's refused. Force became necessary to gain compliance with the direct orders given. Sergeant Carissimi administered one application of MK-4 Phantom OC Pepper Spray: a half application consisting of 1-1 second burst from canister #22-41, and a half application consisting of 1-1 second burst from canister #22-8. The application had the desired effect, and both I/I Collier and I/I Forsythe became compliant with staff direction. All force ceased. Both incarcerated individuals were escorted from the cell and decontaminated per Directive 4903.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ REPORTADO POR | SIGNATURE ♦ FIRMA | TITLE ♦ TITULO |
|---|---|---|---|
| June 12th, 2024 | J. Carissimi | | Sergeant |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)        SIGNATURES :

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)        FIRMAS:   1

2 _____        3 _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

DATE AND TIME SERVED UPON INCARCERATED INDIVIDU: 6/13/2024   1143 Am        NAME AND TITLE OF SERVER   C.O. B. Johns

FECHA HORA DADO AL INDIVIDUO ENCARCELADO        NOMBRE Y TITULO DEL QUE ENTREGA

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaracion hecha por usted como respuesta al crgoo informacion derivada de ella en una demanda criminal.

### NOTICE ♦ AVISO

**REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)**

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le notifica que el informe anterior es un cargo formal el cual se considerara y determinara en una audiencia a celebrarse.

The inmate shall be permitted to call witnesses provided that so doing does not jeopardized institutional safety or correctional goals. ♦ Se le permitira al recluso llamar testigos con tal de que al hacerlo no pondra en peligro la seguridad de la institucion o los objectivos del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si esta restringido pendiente a una audiencia por este informe de mal comportamiento, puede escribirle al Diputado del Superintendente para Seguridad o su respresentante antes de la audiencia para que haga una declaracion acerca de la necesidad de continuar bajo confinamiento , previo a la audiencia.

Distribution:  WHITE - Disciplinary Office  CANARY - I/I (After review) ♦ Distribucion:  BLANCA - Oficinia Discipliaria  AMARILLA - Recluso (despues de la resion)

NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION          PAGE    3
Five Points              CORRECTIONAL FACILITY

SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 12A5600  NAME: Collier, Rahcief                HEARING DATE: 6/21/24

INCIDENT DATE: 06/18/24          TIME: 1:35 pm          TIER: 3

A. **STATEMENT OF EVIDENCE RELIED UPON:**

MBR written by Sgt. J. Carissimi, which I find to be credible

I/I Testimony

Witness Testimony

UI report

To/From from SGT Carissimi to Supt Lawerre regarding extraction

Use of Force reports from Lt. Biccum and C.O. O'Hara and SGT Carissimi

Video of extraction that corroborates the MBR written.

Page 14 of 56            NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION.        PAGE    4
DCP004            Five Points            CORRECTIONAL FACILITY

Claim No. 142445

SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 12A5600  NAME: Collier, Rahcief                    HEARING DATE: 6/21/24

INCIDENT DATE: 06/18/24            TIME: 1:35 pm            TIER: 3

B.  SPECIAL CONSIDERATIONS:

1.  IF AT ISSUE, HEARING OFFICER CONSIDERED I/I'S    MENTAL HEALTH AS FOLLOWS:

N/A

2.  IF AT ISSUE, I/I'S INTELLECTUAL CAPACITY/SPECIAL    EDUCATION STATUS
    AS FOLLOWS:

N/A

C.  ANY OTHER INDIVIDUAL MITIGATING OR AGGRAVATING CIRCUMSTANCES WERE CONSIDERED AS
    FOLLOWS(include how they weigh in favor of a less severe or more severe sanction):

Aggravating - Multiple previous charges of violent conduct, disturbance, interference and
movement violations.

Claim No. 142445

06/12/2024                 NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION         PAGE      6
DCP004                          FIVE POINTS   CORRECTIONAL FACILITY

SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 12A5600   NAME: COLLIER, RAHCIEF                    HEARING DATE: _6/21/24_

INCIDENT DATE: 06/12/2024          TIME: 01:35 PM        TIER: 3

F. HISTORY/CONFINEMENT SANCTION GUIDELINE REVIEW
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| CHARGE | DESCRIPTION OF CHARGES | 5 YEAR PRIORS | 10 YEAR PRIORS |
|---|---|---|---|
| 104.11 | VIOLENT CONDUCT | 4 | 5 |
| 104.13 | CREATING A DISTURBANCE | 3 | 3 |
| 107.10 | INTERFERENCE WITH EMPLOYEE | 2 | 2 |
| 106.10 | REFUSING DIRECT ORDER | 4 | 5 |
| 109.12 | MOVEMENT REGULATION VIOLATION | 1 | 1 |

AT THE TIME OF THE HEARING, WAS THIS INDIVIDUAL HOUSED  IN A SHU CELL: ___ YES  _✓_ NO
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

___THE CONFINEMENT SANCTIONS IMPOSED ARE WITHIN THE PUBLISHED GUIDELINES

OR

___I HAVE IMPOSED CONFINEMENT SANCTIONS THAT HAVE DEPARTED UPWARD FROM THE
   PUBLISHED GUIDELINES, FOR THE FOLLOWING REASON(S)(choose up to three):

            ___ OVERALL CLIMATE OF THE FACILITY
            ___ SEVERITY OF OFFENSE
            ___ LOCATION OF OFFENSE
            ___ MANNER OFFENSE WAS COMMITTED
            ___ RISK TO SECURITY
            ___ RISK TO PERSONAL SAFETY
            ___ PROPERTY DAMAGE - RESTITUTION
            ___ DISCIPLINARY HISTORY
            ___ OTHER_____

   (ARTICULATE BELOW THE I/I'S PARTICULAR HIGH RISK    BEHAVIORS OR OTHER FACTORS
    INDICATING NEED FOR CONFINEMENT EXCEEDING THE GUIDELINES TO ADDRESS A
    THREAT TO THE SAFETY OF STAFF OR I/I):

_____

_____

_____

_____

Claim No. 142445

                 NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION         PAGE      7
                 Five Points              CORRECTIONAL FACILITY

                      SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 12A5600  NAME: Collier, Rahcief                    HEARING DATE: 6/21/24

INCIDENT DATE: 06/18/24          TIME: 1:35 pm        TIER: 3

G. PURPOSE(S) OF CONFINEMENT SANCTION IMPOSED (IF ANY) - SET FORTH ALL THAT APPLY:

1. INCAPACITATION(Include the specific behaviors that posed a threat to the safety
          of staff or other incarcerated individuals):


2. DETERRENCE:


3. FAIRNESS:
The sanctions imposed are within the established guidelines.

Claim No. 142445

NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION

PAGE     8

DCPQ04     Five Points          CORRECTIONAL FACILITY

SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 12A5600   NAME: Collier, Rahcief                    HEARING DATE: 6/21/24

INCIDENT DATE: 06/18/24          TIME: 1:35 pm          TIER: 3

H. REASON(S) FOR A CONFINEMENT SANCTION IMPOSED (IF ANY)     WHERE I/I IS UNDER
   PRIOR CONFINEMENT OR IN A SHU-ALTERNATIVE PROGRAM (Must have a guilty determination
   of an offense listed in section 1 and clearly articulated in section 2 and/or 3
to impose a confinement sanction on an I/I already serving a confinement sanction):

1. THE I/I IS FOUND GUILTY OF ONE OR MORE SERIOUS     OFFENSES AS FOLLOWS:

| PENAL LAW OFFENSE | SEX OFFENSE | |
|---|---|---|
| ASSAULT ON I/I | FORCIBLE TOUCHING | ESCAPE ITEMS |
| ASSAULT ON STAFF | STALKING | POSSESSION EMPLOYEE PROPERTY |
| ASSAULT ON OTHER | ___ THREATS | SMUGGLING |
| RIOTING | | |
| ESCAPE | VIOLENT CONDUCT | EXPLOSIVES |
| WEAPON | DEMONSTRATION | ARSON |
| FIGHTING | ___ GANGS | UNHYGIENIC ACT |

2. THE ACT(S) OF MISBEHAVIOR DEMONSTRATE A THREAT TO SAFETY AS FOLLOWS:

N/A

3. THE I/I HAS ENGAGED IN THE FOLLOWING REPEATED ACTS OF   DISRUPTIVE MISBEHAVIOR
   DESPITE PRIOR ALTERNATIVE INTERVENTIONS AS SET FORTH BELOW:

N/A

Claim No. 142445

                        NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION          PAGE    9
                        Five Points            CORRECTIONAL FACILITY

                    SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 12A5600  NAME: Collier, Rahcief                          HEARING DATE: 6/21/24

INCIDENT DATE: 06/18/24              TIME: 1:35 pm          TIER: 3

I. <u>REASON(S) FOR INVOKING REMAINING SHU CONFINEMENT SANCTIONS SUSPENDED UPON AN
   I/I'S SUCCESSFUL COMPLETION OF A SHU-ALTERNATIVE PROGRAM</u> (the reasons below
   must be found and clearly articulated to impose the SUSPENDED SHU confinement
   sanction, section 1. must be articulated in section 2):

1. THE I/I COMMITTED A SERIOUS ACT OF MISBEHAVIOR AS SET FORTH BELOW:

     . PENAL LAW OFFENSE        SEX OFFENSE              ESCAPE ITEMS
       ASSAULT  ON  I/I         FORCIBLE TOUCHING        POSSESSION EMPLOYEE PROPERTY
       ASSAULT  ON  STAFF       STALKING                 SMUGGLING
       ASSAULT  ON              THREATS
       OTHER RIOTING
       ESCAPE                   VIOLENT CONDUCT      .   EXPLOSIVES
       WEAPON                   DEMONSTRATION            ARSON
       FIGHTING                 GANGS                    UNHYGIENIC ACT

2. THE I/I COMMITTED THE SAME OR SIMILAR VIOLATION AS THAT LEADING TO THE
   SUSPENDED SANCTION AS SET FORTH BELOW:
N/A

J. <u>SPECIAL INSTRUCTION ON VISITATION OR CORRESPONDENCE RESTRICTIONS, REFERRALS OR
   SPECIAL EVENT LOSS:</u>
N/A

YOU HAVE THE RIGHT TO APPEAL THIS TIER III DISPOSITION BY SENDING YOUR APPEAL TO THE
COMMISSIONER'S OFFICE WITHIN 30 DAYS OF YOUR RECEIPT OF SUCH DISPOSITION:

I HAVE RECEIVED A COPY OF THIS HEARING DISPOSITION DATED: _____

_____/ _____/ _____  ____

HEARING OFFICER SIGNATURE  I/I SIGNATURE              DATE & TIME RECEIVED.

***SUCCESSFUL PRINT COMPLETION***



**Corrections and**
**Community Supervision**

KATHY HOCHUL
Governor

DANIEL F. MARTUSCELLO III
Acting Commissioner

## Notification to Complainant of Closure of Investigation

**TO: Superintendent's Marie-Josee King, Ernest Lowerre**
     For Incarcerated Individual's Include DIN: Rahcief Collier, 12A5600; Facility: Clinton/Five Points CF.

**FROM: Asst. Deputy Chief Inv.** Fosmire, B. ; **Inv.** Nichols, B.

**DATE: 10/18/2023**

**RE: OSI CASE#** SCU/22/0314

Based upon your complaint made on or about 4/25/2022, the Office of Special Investigations (OSI) conducted an investigation which is identified by the above OSI case number.

Please be advised that as a result of the investigation, the OSI made the following finding:   The allegation was found to be UNSUBSTANTIATED and has been closed.  This finding is based upon the evidence of the case.

If you have any questions, you may contact the above OSI member(s).  Thank you for bringing this allegation to the attention of the Office of Special Investigations.

Pg 1 of 3

IGRC                                                    11/12/23

Coll re, Rashard

12 A5006

12.01-4B

Since I Arrived out the show of upstate Correctional Facility To Clintin Correctional Facility on March 28, 2022 I have been Being cyber Bullied And harrassed Through the Administration. Somebody is Hacking Through the Security System Through every Satilite Facility I go To And through the Cameras At each individual Facility. When I leave my Cell Sometimes the voices get Law when I go out the Front Door... when I go out the Back Door the voices get loud when Rec is over. They Are Trying To kill me. It's causing me mental Anquish And Breaking My Relationship with my Kids, Family And Significant Other op... It's to the point where my legal mail is Be Taken And They Are Trying To Force me to kill myself. I Have made Reports To State Police Agencies, the Superintendent, mental Health, The Courthouse And Now Grievance.. D.O.C.C.S, is unable To keep me safe...

Pg. 20 of 3

ICRC

11/12/23

Collier, Raticief

12A3600

12-CI-4B.

Since I've Been Here I've Wote Sick call multiple Times and recieve no medical Treatment. On multiple Occasions I was informed from family That mail was sent To me That I never Recieved And Books and magazines was missing out of my Package. As of Today's Date I Still Have packages that missing But states They arrived Here The Recent one Being July 2023. During This Time of Cyber Abuse I have Been limited To Visitation of Someone they (the Facility) Says is Suspended Forever But They (That Person) Has Came To see me At this Facility multiple Times... I Call OSI And Report The Allegations. And everything got reported To The Facility. Then out of Nowhere The Superintendent of Clinton Correctional Facility Allegedly made A Complaint on me Around April 24th, 2023) To OSI. And Those Allegations was Found To Be unsubstancial.

Claim No. 142445

Pg 3 of 3.                    IGRC                    11/12/23

Collier, Raticief

12A5600

12-c1-4B

Over A year later... Makes Me Believe

OSI And the Superintendent of Clinton Correctional

Facility And Five Points Correctional Facility Are Using Correctional

Officers And civilians throughout the Administration To continue

To Cyber Bully me And try to Kill me... The Facility

Have Refused To change my medication, To fix my diet

Wish I never changed. The Facility Has even taken my

Blood with Informing me of the Results. I'm Becoming

More Afraid for my life, I Have Been Subjected To this

Cyber Bullying In the following Facilities. Upstate Correctional Facil.

Clinton Correctional Facility, Elmira Correctional Facility, Green Haven

Correctional Facility, Five Points Correctional Facility, And

Ever Great meadow Correctional Facility when I went To

Court. I'm not able To call Directly So In notifying

The office I want the Rensselaer County District Attorney

On the line (Phone) To open A Federal Investigation.

I Refuse To sign off
until it stops, And I Receive All my Property    Raticief Collier 12A56
visits, And In left Alone.                12-c1-4B

Collier, 12A56oo Files



**Corrections and
Community Supervision**

KATHY HOCHUL
Governor

DANIEL F. MARTUSCELLO III
Acting Commissioner

For: Collier, R 12A5600/12-C1-04B

From: M. Schultz, IGPS

Date: 11/16/23

Subject: Untimely

According to DOCCS Directive 4040 §701.5 (a) (1) Deadline for submission. "An incarcerated individual must file a complaint with the clerk within 21 calendar days of an alleged occurrence.".

Also, per DOCCS Directive 4040 §701.6(g)(i)(a), Procedural Safeguards "the IGP supervisor may grant an exception to the time limit for filing a complaint based on extenuating circumstances. An exception may not be granted more than 45 days after an alleged fact.

This incident happened more than 45 days ago, therefore, this is being returned to you.

Upon reading this it appears all of this happened at other facilities. You have been here since March, anything that happened at other facilities is untimely. If you are currently experiencing anything you can rewrite the grievance and resubmit it.

11/19/23

Mr Schultz, IGPS

this grievance Enclosed Needs to Be Filed It's not untimely And I Have Been Filing Complaints with OSI, Mental Health, the Rensselaer County Court, And the State Police And Seneca County Police, All those Claims Are still ongoing. If I Am Having Problems with my legal mail those Are extenuating Circumstances that prevent me From making A proper Complaint in A Timely Fashion, This is me Re-writing the grievance Telling you it is Currently Still Happening Mr. Schultz so you Can make this Apart of the grievance And File it. I Have my Copy Im Sending To The FBI I Dont Hear From you In A Timely Fashion.

L. Carlton BASCOU

CC: Collins, Files
     / 2A Scou

Claim No. 142445                                           Page 25 of 56



**KATHY HOCHUL**
Governor ·

**DANIEL F. MARTUSCELLO III**
Acting Commissioner

To:      Collier, R.  12A5600

From:    B. Tonzi, IGPS

Date:    11/20/23

Subject:  Response to Letter

This is in response to your letter dated 11/19/23 regarding your untimely grievance.  As IGPS Schultz told you in a memo dated 11/16/23, your grievance is untimely per DOCCS Directive 4040. Grievances must be received within 21 days of an alleged occurrence.  An exception may be granted by the IGP supervisor based on extenuating circumstances; however, an exception may not be granted more than 45 days after an alleged fact.  We do not have anything on file from you since your arrival in March asking for an extension.  DOCCS Directive 4040 also states that a grievance should contain a concise, specific description of the problem and action requested.  If you have a complaint that is still timely, feel free to submit it as described above, including specific dates and incident.

---

Five Points Correctional Facility, 6600 State Route 96, Caller Box 400, Romulus, NY 14541 | (607) 869-5111 | www.doccs.ny.gov

Claim No. 142445

Pg 1 of 3

IGRC                                                    11/12/23

50- Various Issues

Coll.R, Rahcier                    FPT-01808-23

12A5600

12-21-4B

RECEIVED

NOV 29 2023

**IGRC**    Since I Arrived out the Shu of upstate Correctional Facility To clinton Correctional Facility on March 28, 2022 I Have Been Being cyber Bullied And harrassed through the Administration. Somebody is Hacking Through the Security System Through every Satillite Facility I go To And Through the Camera's At each Individual Facility. When I leave my Cell Sometimes The voices get Low when I go out the Front Door., when I go out the Back Door the voices get loud when Rec is over, They Are Trying To kill me, It's Causing me mental Anguish And Breaking My Relationship with my kids, Family And Significant Other op's. It's To the point where my legal mail is Be Taken And They Are Trying To Force me To kill myself, I Have made Reports To State Police Agencies, The Superintendent, mental Health, The Courthouse And Now Grievance,. D.o.c.c.s, is unable To keep me Safe...

1 of 2 RECEIVED I G R C                                    11/21/23

NOV 29 2023

Collier, R IGRC   44-not filing Grievances   FPT-01509-23

12A5600

12-CF-4B          ON 11/19/23, 11/16/23 And 11/20/23

B Tonzi, I G P S And Schultz I G P S Refused
To File my Grievance. The grievance is enclosed As
Part of this grievance To Be Filed. The grievance Bases
A Continuance of Allegation @ Against The Administration
And Employee within the Facilities. From March 28, 2023
Since leaving upstate To Now November 21, 2023 I
Have Been Being cyber Bullied through The Department
of Corrections. The Security System.. when I go
Into my rec pen or leave The cell the voices qut low.
I Have notified The courts, OSI And Feds, I want It
To Stop.. My Package From July has Bent missing.
I was just informed on 11/3/23/. At That Same
Time I was informed The Facility is Still denying A
visitor That was Allowed in the Facility Already
multiple Times..

Pg. 1 of 2

Claim No. 142445

Superintendent

11/24/23

Collier, R

12AS0600

C-1-4B (R.R.U)

To whom It may Concern;

I R Collier 12AS600

Am writing Because I Have Filed multiple complaints within the Facility Through ~~xxxxx~~ grievance which Are Being Ignored And Some not Being Filed Because of the Allegations which is ~~xxxx~~ And inhumane to A life. I Am Being Cyber Bullied though the ~~xxxxx~~ shudentified. This is About my Tenth Time mentioning ~~xxxx~~ this, this has Been occuring Since 2022 Much 29 To Be ~~xxxx~~ exact. Around The Time of your recent Communication from CSI Closing An Investigation from CI Store on April 24, 2022 (that's when The voices got louder.) Everytime I go IN my rec petey they Get louder And Sometimes They Dont, I'm perfectly Sane. Whoever is Doing It needs to Stop. It Shws DOCCS Cant Take Care of me... Care Custody And Control. These Voices Are Causing mental Anguish And Trying to Force me To Do things, they Already ~~xxxx~~ Destroyed the Relationship with my kids, family and Significant

Pg. 2 of 2    Superintendent    11/26/12

Collier, R

12A5600

(1-4B (RRU)

Other On Behalf of DOCCS And Every Facility I have been To Since this Started which includes, Upstate Correctional Facility, Clinton Correctional Facility, Great meadow Correctional Facility, Green Haven Correctional Facility, Elmira Correctional Facility, And No Five Points Correctional Facility CSI keep saying they Handing the investigation over To the Facility To Conduct per se investigator Garcia. The people Responsible Are playing with my health, life, family and legal mail, mail, packages And visitation. I am informing you To get it To Stop Now, Im in the process of contacting higher Authorities To Conduct A lie detector Test To Show it True And the Facility is Doing Nothing About it. I am Sure Multiple other individuals Did this Exact Same way or your actions To get them To kill themselves.

CC: Collier 12A5600
Files

J. Collier 12A5600
R. 0-4B

## FIVE POINTS CORRECTIONAL FACILITY
### SUPERINTENDENT'S OFFICE

TO: _Collier, R._____ 12A5600____ RRU-C1-4B_
    NAME              DIN              CELL

FROM: Ernest J. Lowerre, Superintendent

RE: I/I Note Dated ___11 26 23____ Received on ___11 28 23___

DATE: ___11 30 23_____

_____Your complaint has been referred to the Inmate Grievance Program.

_____I am investigating your letter and as soon as I have sufficient information, I will reply.

_____Your letter has been referred to the below-named person to investigate and respond. Any further correspondence on this matter should be referred to this person.

__✓__Your letter has been referred to the below-named person for appropriate action. Any further correspondence on this matter should be referred to this person.

_____Your time cut request has been referred to the PMT Committee.

_____Your marriage request has been referred to Offender Rehabilitation Coordinator Crane for processing and response.

_____Your Tier I/Tier II appeal has been referred to the Captain's Office. Any further correspondence on this matter should be referred to him.

_____Your Tier III appeal has been referred to the Commissioner, N.Y.S. Department of Corrections and Community Supervision, Building 4, 1220 Washington Avenue, Albany, New York 12226.

Referred to: ____DSMH Miller_____

## PLEASE INCLUDE YOUR DIN AND CELL LOCATION ON ALL CORRESPONDENCE

Claim No. 142445                                           Page 31 of 56

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. FPT-1809-23 | HEARING DATE 12/12/2023 |
|---|---|---|
| | GRIEVANT NAME Collier, R | DIN 12A5600 |
| INCARCERATED GRIEVANCE PROGRAM | FACILITY Five Points | HOUSING UNIT RU-C1-4B |
| IGRC HEARING RESPONSE | HELD IN ABSENTIA YES ☑  NO ☐  If yes, why | RRU |

Response of IGRC:

Grievant states that the IGPS refused to file their grievance complaint. IGPS S... states that all grievances are processed in accordance with Directive 4040. The Grievant's initial attempt to file a complaint was returned to them for timeliness. While conducting rounds the Grievant provided more information. After reviewing the information, the IGPS agreed to file it. It was processed as FPT-1808-23 and the parts deemed as timely are under investigation. Due to this change in circumstances, the Grievant is no longer personally affected by the issues raised in the instant complaint. If the Grievant believes that the dismissal is not authorized by the Directive they may appeal to the IGP Supervisor within seven calendar days after the receipt of the IGRC's decision to dismiss the Grievance. The Grievant is advised to address IGP issues to IGP Supervisor for most expeditious means of resolution. **Dismiss and Close**

Chairperson: _____          IGRC Members: _____

Date Returned to Grievant: **DEC 1 5 2023**

## Appeal

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed.*

☐ I disagree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed the Deadlocked response. Refer to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I appeal to the IGP Supervisor for review of dismissal.

Grievant Signature: _____          Date: _____

*An exception to the time limit may be requested under Directive #4040, 701.6 (g)

**To be completed by Grievance Clerk**

Grivant Clerk signature: _____          Date Received: _____

Date Fowarded to Superintendent For Action: _____

FORM 2131 (Reverse) (12/21)

Claim No. 142445

| NEW YORK STATE **Corrections and Community Supervision**  **INCARCERATED GRIEVANCE PROGRAM**  **IGRC HEARING RESPONSE** | GRIEVANCE NO.  FPT-1808-23 | HEARING DATE  12/27/2023 |
|---|---|---|
| | GRIEVANT NAME  Collier, R | DIN  12A5600 |
| | FACILITY  Five Points | HOUSING UNIT  8-C1-12B |
| | HELD IN ABSENTIA  YES ☑  NO ☐  If yes, why | Directive 4040, 701.6 (g)(1)(i)(a) |

Response of IGRC:

Grievant states multiple complaints about various previous issues. IGRC notes that the Grievant's complaints are outside the provisions outlined in Directive 4040, 701.6 in regards to timeliness to file complaints. IGRC notes that the IGP Supervisor may grant an exception to the time limit for filing a grievance based on mitigating circumstances. An exception to the time limit may not be granted more than 45 days after an alleged occurrence. The Grievant is advised to submit future complaints in a timely fashion for the most expeditious means of resolution. If the Grievant believes that the dismissal is not authorized by the Directive they may appeal to the IGP Supervisor within seven calendar days after the receipt of the IGRC's decision to dismiss the Grievance. **Dismiss and Close**

*It should Have not Been Held outside of my presence As claims was amented Filiing From suited appui*

Chairperson: _____                IGRC Members: _____

Date Returned to Grievant: **DEC 2 8 2023**

## Appeal

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed.*

☑ I disagree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed the Deadlocked response. Refer to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I appeal to the IGP Supervisor for review of dismissal.

Grievant Signature: _____          Date: 12/29/23

*An exception to the time limit may be requested under Directive #4040, 701.6 (g)

___

**To be completed by Grievance Clerk**

Grivant Clerk signature:_____        Date Received: _____

Date Fowarded to Superintendent For Action: _____

FORM 2131 (Reverse) (12/21)

23 Trying to Double Cell

I.G.R.C.                           12/29/23
FPT-0023-24

Incarcerated Individual: Collier, R

DIN # 12A5600

8-cl-12B

RECEIVED JAN 0 4 2024 IGRC

I Am making This Grievance On Behalf
of me And The Facility continuing To Try To give
me a Bunkie on 12/29/23. My precious complaints
Have not Been Resolved about my safety of
Being Cyber Bullied Through the Security System,
I Have a seperate Complaint Forwarded
To The Dept of Security From The Superintendent.
That has yet To Be Resolved, I seen This
All Before The Administration is continuing to
Try To Kill me... As well I Have yet
To Recieve my legal recciepts Back or
results of These grievances. The Facility
Is only Dismissing The grievances on Staff
members That Im Filing.

CC: Collier, R 12A5600          R-Collier 12A5600

8-cl-2B



**KATHY HOCHUL**
Governor

**DANIEL F. MARTUSCELLO III**
Acting Commissioner

December 4, 2023

Collier, Rahcief (12A5600)
08-C1-12B

### Re:    FOIL Log No. FPT-V0007-23

This is in response to your letter sent to the FOIL Office requesting preservation of audio/video footage of hearing tape # 10, on 1/3/24 and the footage from A-side messhall on 12/23/23 that was presented at your hearing.

Your request has been forwarded to the DSA for response.  Please note that any videos depicting significant incidents are preserved in accordance with Departmental Directive 4942.  As you know, videos at Five Points CF are available in the Department's system for 14 days.

We are attempting to determine what, if any, records are available concerning your request.  We anticipate a reply should be forwarded to you within 20 days of the date of this letter unless you are notified otherwise in writing.

Also note, the records access officer at a facility (commonly referred to as the FOIL Officer) processes requests for records release.  The FOIL Office is not the custodian of facility records and has no direct control or the preservation or destruction of records.

Regards,

S. Warne

S. Warne
OA2
IRC

CC:    FOIL Records
***Please be advised, the Business Office does not process Authorized Advance Requests for FOIL payment.***

If you do not agree with any part of this decision, you may appeal by writing the Office of the Counsel & FOIL Appeals Officer, NYS Department of Corrections and Community Supervision, The Harriman State Campus, 1220 Washington Avenue, Albany, New York, 12226-2050.

In appeal correspondence, please clearly note your name, DIN number, facility from which records were requested, and the FOIL Log Number provided.

# DSA                                    1/9/24

Coll. R. R.
12AS600
8-Cl-12B
RE: Foil Log NO.FDT-V0007-23

To whom It may Concern,
                                    I received
a letter From S. Venne (OA2 IRC.) Dated
December 4, 2023, In regards To Foil Request
of video and Tape #16 From Incident Dated
12/2/23. The all mishall Aside, I just
want It To Be noted That Such request was
Presented To The hearing on 1/2/24 So It
should Be preserved And The facility has
Access as Its needed Anyway For Its I.
Appeal of Such hearing To The Superintendent.
I Await To hear From you. Thank you For your
Time And Consideration.

                                    Coll. 12AS600
                                    8-Cl-12B

CC: Coll. C3 Fake el 12AS00
    8-Cl-12C

FORM 21718 (11/2021)
Side 2

Claim No. 142445

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES



## Five Points Correctional Facility

**INCARCERATED INDIVIDUAL MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL INDIVIDUO ENCARCELADO**

| 1 NAME OF INCARCERATED INDIVIDUAL (Last, First) ♦ NOMBRE DEL INDIVIDUO ENCARCELADO (Apellido, Nombre) | NO · NUM | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Collier, R. | 12A5600 | 8-C1-12B |

| 2 LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| 8-C1 Low Side / Gallery | January 17, 2024 | 1:05 PM  Approximately |

3 RULE VIOLATION(S) ♦ VIOLACION/ES

109.12 - MOVEMENT VIOLATION          107.10 - INTERFERENCE

104.13 - CREATE DISTURBANCE          109.15 - REFUSE DOUBLE CELLING

106.10 - DIRECT ORDER

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCION DEL INCIDENTE

On the above date and approximate time during the afternoon meal go back Incarcerated Individual Collier, R. #12-A-5600 (8-C1-12B) exited his assigned cell with property bags as his cell mate was returning from the meal go back. Staff ordered I/I Collier to lock back into his assigned cell which I/I Collier refused and stated, "I'm not going back into my cell." I/I Collier continued to refuse staff direction to return to his assigned cell. I/I Collier claimed that he has PTSD and cannot double bunk. Security staff attempted to escort I/I Collier back to his assigned cell at which time he refused to walk to the cell. I/I Collier pushed back into escorting officers causing them to use body holds for officer safety and to gain compliance of a lawful direct order. Once at the cell, I/I Collier became compliant and all force ceased. I/I Collier locked in to his assigned cell without further incident. This created a disturbance within the block and as a result interfered with the normal operating procedures causing a delay in the afternoon module movement. I/I Collier was made aware that Five Points CF is a double-cell facility as outlined in Directive #4003, and that failure to comply with this direction will result in disciplinary action as it poses an iminent threat to the safety and security of the facility.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ REPORTADO POR | SIGNATURE ♦ FIRMA | TITLE ♦ TITULO |
|---|---|---|---|
| 01/17/24 | J. Howard | | Sgt. |

| 5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any) | SIGNATURES : | |
|---|---|---|
| ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay) | FIRMAS:  1 | |
| 2 | | 3 |

**NOTE:** Fold back Page 2 on dotted line before completing below.

DATE AND TIME SERVED UPON INCARCERATED INDIVIDU. _1/18/2024_    _1110 AM_    NAME AND TITLE OF SERVER _C.O. R. Johns_

FECHA HORA DADO AL INDIVIDUO ENCARCELADO                             NOMBRE Y TITULO DEL QUE ENTREGA

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaracion hecha por usted como respuesta al crgoo informacion derivada de ella en una demanda criminal.

## NOTICE ♦ AVISO

**REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)**

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le notifica que el informe anterior es un cargo formal el cual se considerara y determinara en una audiencia a celebrarse.

The inmate shall be permitted to call witnesses provided that so doing does not jeopardized institutional safety or correctional goals. ♦ Se le permitira al recluso llamar testigos con tal de que al hacerlo no pondra en peligro la seguridad de la institucion o los objectivos del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si esta restringido pendiente a una audiencia por este informe de mal compartamiento, puede escribirle al Diputado del Superintendente para Seguridad o su respresentante antes de la audiencia para que haga una declaracion acerca de la necesidad de continuar bajo confinamiento , previo a la audiencia.

Distribution:  WHITE - Disciplinary Office  CANARY - I/I (After review) ♦ Distribucion:  BLANCA - Oficinia Disciplinaria  AMARILLA - Recluso (despues de la resion)

Claim No. 142445

FORM 2131E (9/12)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

CC. Collie, Rahim
Breslow & les

| Grievance No. |
| --- |
| |

Five Ponds Correctional Facility _____ CORRECTIONAL FACILITY

Date: 1/21/24

Name: Collie, R _____ Dept. No.: 120430 Housing Unit: 8-C1-12R

Program: N/A. AM N/A PM

***(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)\****

Description of Problem: (Please make as brief as possible) On 1/17/24 I was forced into the cell after complaining that I could sleep due to my PTSD Disorder. During the force while I was in cuffs my arms was twisted and forced into my shoulder. I was then taken I haven't received medical treatment and is recovering lost hours of sleep. I filed such called and ask to speak to the watch commander on 1/17/24

Grievant Signature: Rahim Collie

Grievance Clerk: _____ Date: _____

Advisor Requested ☐ YES ☐ NO    Who: _____

Action requested by inmate: Review medical treatment, single cell order and no long term relocation from previous buildings.

The Grievance has been formally resolved as follows:

_____

_____

_____

_____

CC: Collie, 12...
F.Y.C.

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature: _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

\* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

Claim No. 142445



**KATHY HOCHUL**                    **DANIEL F. MARTUSCELLO III**
Governor                            Acting Commissioner

                                    January 22, 2024


Collier, Rahcief (12A5600)
08-C1-12B

**Re:    FOIL Log No. FPT-V0007-24**


Please be advised that your disbursement for the above FOIL request in the amount of $2.00, has been sent to Inmate Accounts to be processed. Your documents will be forwarded to you as soon as notification is received that the disbursement has cleared. Please be patient.




                        Sincerely,

                        *S. Warne*

                        S. Warne
                        OA2
                        IRC








CC:    FOIL Records

_____

If you do not receive a response or delay notification by the date specified, you may appeal by writing the Office of the Counsel & FOIL Appeals Officer, NYS Department of Corrections and Community Supervision, The Harriman State Campus, 1220 Washington Avenue, Albany, New York, 12226-2050.

In appeal correspondence, please clearly note your name, DIN number, facility from which records were requested, and the FOIL Log Number provided.



**NEW YORK STATE** | Corrections and Community Supervision

KATHY HOCHUL
Governor

DANIEL F. MARTUSCELLO III
Acting Commissioner

January 30, 2024

Collier, Rahcief (12A5600)
08-C1-12B

Re:    **FOIL Log No. FPT-V0007-24**

Your disbursement (copy attached) has been processed for the amount of $2.00, covering the $2.00 per DVD fee. The DSA Office has been advised of your payment and will notify you when the video has been placed in your personal property in IRC.

Regards,

*S. Warne*

S. Warne
OA2
IRC

CC:    FOIL Records

If you do not receive a response or delay notification by the date specified, you may appeal by writing the Office of the Counsel & FOIL Appeals Officer, NYS Department of Corrections and Community Supervision, The Harriman State Campus, 1220 Washington Avenue, Albany, New York, 12226-‚ ‘50.

In appeal correspondence, please clearly note your name, DIN number, facility from which records were requested, and the FOIL Log Number provided.

Page 40 of 56                                           Claim No. 142445

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. FPT-0023-24 | HEARING DATE 2/1/2024 |
|---|---|---|
| | GRIEVANT NAME Collier, R. | DIN 12A5600 |
| INCARCERATED GRIEVANCE PROGRAM | FACILITY Five Points | HOUSING UNIT 8-C1-12B |
| IGRC HEARING RESPONSE | HELD IN ABSENTIA YES ☐   NO ☑   If yes, why | |

Response of IGRC:

Grievant states they do not want to be double bunk, adding that OMH permitted them to single cell. Grievant's double cell assessment sheet indicates that Grievant is approved for double celling at Five Points CF. OMH has no records indicating that Grievant was approved for single celling as of 2/1/2024. IGRC notes that all I/I's are screened for double cell placement which includes mental health considerations. No I/I has the right to a specific housing location or cellmate of their choosing. The Grievant is advised to address double cell assesment issues to the Deputy Superintendent for Security for the most expeditious means of resolution. **Grievance Denied**

*[handwritten notes]* Officers Failed To Conduct investigation Into The Mental Health at The Time of Use of force

Chairperson: *[signature]* RV S4

*[handwritten notes]* Grievant did not State OMH permitted To Be Single cell Grievant Stated investigation was not complete And mental Health was not complete and mental Health was not contacted

GRC Members: *[signatures]* Request

*[handwritten]* Since refusing To Double Bunk.

Date Returned to Grievant: **FEB 0 5 2024**

## Appeal

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed.*

☑ I disagree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed the Deadlocked response. Refer to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I appeal to the IGP Supervisor for review of dismissal.

Grievant Signature: *R. Cull / 2A5Ccv*     Date: 2/6/24

*An exception to the time limit may be requested under Directive #4040, 701.6 (g)

---

**To be completed by Grievance Clerk**

Grivant Clerk signature:_____     Date Received: _____

Date Fowarded to Superintendent For Action: _____

FORM 2131 (Reverse) (12/21)

 **Corrections and Community Supervision**

KATHY HOCHUL
Governor

DANIEL F. MARTUSCELLO III
Acting Commissioner

February 6, 2024

Collier, Rahcief (12A5600)
08-C1-12B

**Re:    FOIL Log No. FPT-V0027-24**

This is in response to your letter sent to the FOIL Office requesting preservation of audio/video footage of an incident that occurred on 1/17/24 from a tier hearing on 1/26/24.

Your request has been forwarded to the DSA for response.  Please note that any videos depicting significant incidents are preserved in accordance with Departmental Directive 4942.  As you know, videos at Five Points CF are available in the Department's system for 30 days.

We are attempting to determine what, if any, records are available concerning your request.  We anticipate a reply should be forwarded to you within 30 days of the date of this letter unless you are notified otherwise in writing.

Also note, the records access officer at a facility (commonly referred to as the FOIL Officer) processes requests for records release.  The FOIL Officer is not the custodian of facility records and has no direct control or the preservation or destruction of records.

Regards,

*S. Warne*

S. Warne
OA2
IRC

CC:    FOIL Records
***Please be advised, the Business Office does not process Authorized Advance Requests for FOIL payment.***

If you do not agree with any part of this decision, you may appeal by writing the Office of the Counsel & FOIL Appeals Officer, NYS Department of Corrections and Community Supervision, The Harriman State Campus, 1220 Washington Avenue, Albany, New York, 12226-2050.

In appeal correspondence, please clearly note your name, DIN number, facility from which records were requested, and the FOIL Log Number provided.

Claim No. 142445



**Corrections and
Community Supervision**

**KATHY HOCHUL**
Governor

**DANIEL F. MARTUSCELLO, III**
Acting Commissioner

**To:**      Collier, R      12A5600      8-C1-12B

**From:**    S. Courtwright, ADSP

**Date:**    2/15/24

**Re:**      Double Bunk

This is in response to your correspondence sent to Superintendent Lowerre, on behalf of DSP Hill. Five Points is a double bunk facility, and Central Office screened you and approved your transfer here. Upon arrival, you were again screened and found to be appropriate for double bunking by multiple areas of the facility.

---

Five Points Correctional Facility, 6600 State Route 96, Caller Box 400, Romulus, NY 14541 | (607) 869-5111 | www.doccs.ny.gov

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO. FPT-0134-24 | HEARING DATE 2/22/2024 |
|---|---|---|
| | GRIEVANT NAME Collier, R. | DIN 12A5600 |
| **INCARCERATED GRIEVANCE PROGRAM** | FACILITY Five Points | HOUSING UNIT 8-C1-12B |
| **IGRC HEARING RESPONSE** | HELD IN ABSENTIA  YES ☐  NO ☑  If yes, why | *Lied* |

*Never had hearing*

Response of IGRC:

Grievant States they need to see medical; shoulder pain; PTSD; Single cell Order. RNS1 M., states Grievant was seen by medical multiple times concerning their complaints of pain to left shoulder area. Grievant received an x-ray which indicated there was no abnormalty. Treatment indicated was to continue Naproxen which was previosly prescribed for their pain. RNS1 M., further stated Grievant does not meet the critera for single cell. IGRC finds insufficient evidence to substantiate inadequate medical care or malfeasance by Staff. The Grievant is advised to address any further medical concerns to Medical Staff via established sick call procedures for the most expeditious means of resolution.

**Grievance Denied**

*NAproxen was given in 2023 for A different Incident I.G.R.C is not giving me hearings And lying. medical and physical therepy*

Chairperson: _____          IGRC Members: _____

Date Returned to Grievant: **FEB 2 3 2024**

## Appeal

If you wish to appeal, please check the appropriate box below and return within 7 calendar days to the IGRC office at the facility where the grievance was filed.*

☑ I disagree with the IGRC response and wish to appeal to the Superintendent.          ☐ I have reviewed the Deadlocked response. Refer to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent.          ☐ I appeal to the IGP Supervisor for review of dismissal.

Grievant Signature: _R. Collier_          Date: 2/25/24

*An exception to the time limit may be requested under Directive #4040, 701.6 (g)

---

To be completed by Grievance Clerk

Grivant Clerk signature:_____          Date Received: _____

Date Fowarded to Superintendent For Action: _____

FORM 2131 (Reverse) (12/21)

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO. FPT-0023-24 | | DATE FILED 1/4/24 |
|---|---|---|---|
| | FACILITY Five Points | | POLICY DESIGNATION 1 |
| **INCARCERATED GRIEVANCE PROGRAM** | TITLE OF GRIEVANCE Doesn't Want to Double Bunk | | CASE CODE 23.0 |
| **SUPERINTENDENT RESPONSE** | SUPERINTENDENT'S SIGNATURE | | DATE 2/23/24 |
| GRIEVANT Collier, R. | | DIN 12A5600 | HOUSING UNIT 08-C1-12B |

Grievant is advised that all complaints in this grievance have been investigated. The Grievant states the facility is trying to give them a bunkie even though OMH authorized them to be single-celled. They also state they filed grievances but did not receive the results back.

Per the investigation, the Grievant was approved for double-celling upon arrival at Five Points CF. Per CORC decision FPT-27169-13, all I/I's are screened for double cell placement and this screening includes mental health considerations. CORC also asserts that no I/I has the right to a specific housing location or cellmate of their choosing. The grievances the Grievant was referring to were submitted while they were housed in the RRU. Those hearing responses were sent to the Grievant via legal mail.

Appeal is Denied.

COMPLETED
FEB 2 8 2024

---

**APPEAL STATEMENT**

If you wish to appeal the above decision of the Superintendent, please sign below, and return this copy to the IGRC at the facility where the grievance was filed. You have seven (7) calendar days from receipt of this notice to file your appeal. * Please provide a reason why you are appealing this decision to CORC.

I.I's Are Suppose To Be Single Celled Based upon mental Health history And disciplinary record. If I.I. PTSD Increases Due To Circumstances of Double Bunk He must Be Single Cell. HS A Danger To J.I. Mental Health And Both Individual Confined Together,

R. Culio                                                    1/4/24
GRIEVANT'S SIGNATURE                                         DATE

_____                          _____
GRIEVANCE CLERK'S SIGNATURE                              DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)
Form 2133 (12/21)

Pg. 1 of 2

I.G.R.C                          5/29/24

Collier, Raticie D

12AS600

8-cl-12B

On the above Date 5/29/24 I was Called To program Committee for The 3rd Time Since I've Been IN General population. the The Exact Date was on 12/22/23. On TodayS Date I was informed By The committee held without A Sgt That I couldnt get programs Such As Commissary, And A certain grade pay Because A weapon violation of D.O.C.S. Rules that was on my Disphinwy From 2/14/23, I Informed Sweet And Rus K     That I Recently Completed ART. I was Told They Couldnt give me The program They would get into Trouble And I Had To give Them more Time, Then I was Issued Rec Aid That has nothing To Do with my Rehabilation Im Being Forced To program After I Had No program Since I came To population obviously For The Same Reason I couldnt get Commissary, I Dont Want To Be

Pg. 2 of 2

Subjected to Discrimination And I want to Be paid Back pay since I entered population. From January to March (Regular pay) for 2 mods. which is 8 hrs., and from March to now (may 24th) I want grade (four) 4 pay. I Also want to Be compensated for Being subjected to mental Anguish that my past will Affect me in the Process of my rehabilitation which is suppose To Be the Department of Corrections mission.

I Refuse to Sign off on this grievance
I will not Sign off on this grievance

CC: Incarcerated Individual Files
Collver, Fabicel Rascoe.

 Corrections and Community Supervision

KATHY HOCHUL
Governor

DANIEL F. MARTUSCELLO III
Acting Commissioner

March 4, 2024

Collier, Rahcief (12A5600)
08-C1-12B

Re:    FOIL Log No. FPT-V0007-24-O

Your disbursement (copy attached) has been processed for the amount of $2.00, covering the $2.00 per DVD fee. The DSA Office has been advised of your payment and will notify you when the video has been placed in your personal property in IRC.

Regards,

S. Warne

S. Warne
OA2
IRC

CC:    FOIL Records

If you do not receive a response or delay notification by the date specified, you may appeal by writing the Office of the Counsel & FOIL Appeals Officer, NYS Department of Corrections and Community Supervision, The Harriman State Campus, 1220 Washington Avenue, Albany, New York, 12226-2050.

In appeal correspondence, please clearly note your name, DIN number, facility from which records were requested, and the FOIL Log Number provided.

Claim No. 142445



**KATHY HOCHUL**                    **DANIEL F. MARTUSCELLO III**
Governor                              Commissioner

                                         June 13, 2024

Collier, Rahcief (12A5600)
10-B2-27T

    **Re:    FOIL Log No. FPT-V0115-24**

This is in response to your New York State Freedom of Information Law request for audio/video footage of 8-C1-12B on 4/12/24 starting at 7:30am.

The Department's Freedom of Information regulations require that we provide access to and copies of existing documents with the exception of those exempt for specific reasons. Your request for records is unclear and we are unable to understand the request well enough to seek specific clarification. You must be clear about the records you wish to obtain.

You may file a renewed records request with additional clarification. You will need to write back with an end time of the incident, that is no longer than a 1-hour span, in order for this FOIL request to be processed any further.

                              Sincerely,

                              *S. Warne*

                              S. Warne
                              OA2
                              IRC

CC:    FOIL Records

Foil officer                                    June 17, 2024

Collier, Rahcief

10-B2-27T

12A5600


Re: Foil Log No. FPT-V0115-24


This is in Response To The letter
I Recieved on June 17, 2024 Dated June 13th, 2024
Stating my Foil Request was not well enough
To Seek Specific Clarification. The Incident
Date I wish To Foil is 6/12/24 June 12, 2024.
I want video from 7:30Am To 8:30 Am And
8:30 Am To 9:30 Am, 9:30 Am To 10:30Am, 10:30
Am To 11:30Am, 11:30 Am To 12:30pm, 12:30pm To
1:30pm. All in hour spans on each Tape.

I will Also like the video From The handheld
Camera on The Same Date At Approximately 1:35
At S-c1-12B when I was Extracted.
Thank you For your Time And Consideration.

                                    J. Culh     12A5600

cc: Collier, Rahcief 12A5600
       10-B2-27T

Claim No. 142445

Foil officer                          June 26, 2024
Foil Request

**RECEIVED BY**

Collier, Raheef                        JUN 28 2024

12AS600

10-B2-27T                              ~~FIVE POINTS IRC~~

I Am writing Request The Response To Foil # U,1032-24 From Program Committee. Thank you For your Time And Consideration.

Raheef Calle 12AS600
10-B2-27T

cc: Collier Raheef 12AS600
10-B2-27T

FIVE POINTS O.R.

JUN 2 8 2024

RECEIVED F.O.I.L.

Claim No. 142445                                    Page 51 of 56

 **Corrections and Community Supervision**

KATHY HOCHUL
Governor

DANIEL F. MARTUSCELLO III
Commissioner

June 28, 2024

COLLIER, RAHCIEF (12A5600)
10-B2-27T

**Re:    FOIL Log No. FPT-0204-24**

This is in response to your New York State Freedom of Information Law request for "response to FOIL # 1032-24 from program committee"

The Department's Freedom of Information regulations require that we provide access to and copies of existing documents with the exception of those exempt for specific reasons. Your request for records is unclear and we are unable to understand the request well enough to seek specific clarification. You must be clear about the records you wish to obtain.

You may file a renewed records request with additional clarification.

Sincerely,

S. Moss
IRC 1
IRC/FOIL OFFICER

CC:    FOIL Records

Claim No. 142445



**KATHY HOCHUL**
Governor

**DANIEL F. MARTUSCELLO III**
Acting Commissioner

June 28, 2024

Collier, Rahcief (12A5600)
10-B2-27T

**Re:    FOIL Log No. FPT-V0124-24**

This is in response to your New York State Freedom of Information Law request for copy of the tier 3 hearing completed on June 24, 2024 and footage of the handheld camera of the incident on June 12, 2024 at approximately 1:35pm.

We are attempting to determine what, if any, records are available concerning your request. We anticipate a reply should be forwarded to you within 20 business days of the date of this letter unless you are notified otherwise in writing.

*\*\*Please be advised, the Business Office does not process
Authorized Advance Requests for FOIL payment.\*\**

Sincerely,

*S. Warne*

S. Warne
OA2
IRC

CC:    FOIL Records

---

If you do not receive a response or delay notification by the date specified, you may appeal by writing the Office of the Counsel & FOIL Appeals Officer, NYS Department of Corrections and Community Supervision, The Harriman State Campus, 1220 Washington Avenue, Albany, New York, 12226-2050.

In appeal correspondence, please clearly note your name, DIN number, facility from which records were requested, and the FOIL Log Number provided.



**Corrections and Community Supervision**

**KATHY HOCHUL**
Governor

**DANIEL F. MARTUSCELLO III**
Commissioner

## MEMORANDUM

TO:      Collier, Rahcief          12A56             10-B2-27T

FROM:    S. Warne, OA 2

DATE:    June 28, 2024

SUBJECT: FOIL REQUESTS – FPT-V0115-24

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Your FOIL Request dated 6/17/24, for video of 8-C1-12B on 4/12/24 starting at 7:30am, cannot be processed. All video FOIL requests are allowed to preserve up to 1 consecutive hour of video footage per FOIL request, due to you requesting 6 consecutive hours of footage, it will not be processed.

SW

cc:    FOIL Officer
       File
       Incarcerated Individual

---

Five Points Correctional Facility, 6600 State Route 96, Caller Box 400, Romulus, NY 14541 | (607) 869-5111 | www.doccs.ny.gov

Claim No. 142445

<u>I. G. R. C.</u>                                    July 4, 2024

Collier, Rahcel

Din # 12A5600

~~Cell~~ 10-B2-27T

On June 12, 2024 During An extraction From 8-c1-12B After Being left in The cell For multiple minutes upon Being escorted To Ten Building The officer on my left leaving 8. Building walking Towards 10 Building Informed me I was lucky He didnt George Floyd me. Im still Having Travma Behind That Statement And Its Causing mental Anguish. I would like A Format Apology!

R. Culli 12A8600
10-B2-27T

CC: Collier, Rahciel 12A5600 Files

I.G.R.C.                                    July 4, 2024

Collier, Rahcief
12A5600
10-B2-27T


Since June 12, 2024 the date
I got extracted From 8-C1-12B To
10 Building I Been IN The Same State
clothes Because my property was not
located And Transfered, I Have
wrote And Drop Slips To state Ship And
Complained To many offices And I Have
yet To Recieve State clothes or A Bed
Roll,

D. Collier 12A5600
10-B2-27T

CC: Collier, Rahcief 12A5600
10-B2-27T

Claim No. 142445



# Court of Claims
## State of New York

Robert Abrams Building
For law and justice
Box 7344, Capitol Station
Albany, New York 12224

**Richard E. Sise**
Presiding Judge

518-432-3411
August 20, 2024

**Kristen Anne Conklin**
Chief Clerk

Rahcief Collier 12 A 5600
Five Points Correctional Facility
6600 State Rt 96, Caller Box 119
Romulus, NY 14541

Dear Sir/Madam:

This will acknowledge receipt in this office on July 29, 2024 of the claim of:

**RAHCIEF COLLIER 12 A 5600 v. STATE OF NEW YORK**

Said claim has been filed in this office as of July 29, 2024, subject to whatever legal objections
may apply thereto and has been given:

### Claim No. 142445

It is our determination that this claim accrued in Seneca County.

Pursuant to §206.6(f) of the Unified Rules for the Court of Claims, you are required to advise the
Court of any change of address in the event you are transferred to another facility or released.

Please continue to file all original pleadings and the required number of copies with the Clerk's
office in Albany (Uniform Rules for the Court of Claims §206.5). Filings may be made by
personal service, mail or by facsimile transmission pursuant to §206.5-a of the Rules. The Court
of Claims' fax filing number is 1-866-413-1069.

Very truly yours,

Kristen Anne Conklin
Chief Clerk

KAC/llin
cc: Office of the Attorney General - Order Attached
**Please see attached Order**

**www.nyscourtofclaims.state.ny.us**

The United States District Court

Northern District

==================================================================

Rahciel Collier                              ,

   New York State Department of
          -against-         Correctionals
Daniel F. Martuscello III Commissioner
Five Points Correctional Facility Superintendent ,

                 Defendants/respondents.
------------------------------------x

AFFIRMATION OF SERVICE
BY U.S. MAIL.

TITLE 28 U.S.C. §1746
CPLR §105(u)

Index #_____

Civil #_____

State of New York)
County of Seneca )SS.:
Town of Romulus  )

   I, Rahciel Collier          , being sworn under the penalty of perjury

, pursuant to Title 28 U.S.C. §1746, CPLR §105(u), and Fed.R.Civ.P. 43(b), states

that on the 3 day of August      , 2025, that I mailed the below listed papers

to the below listed parties via the U.S. Mail for service upon them  via the U.S.

Postal Service, or that said papers were placed in the inter-facility mail  for

mailing the same. Court of Claims lawsuit And exhibits As Exhibit, Document called withdrawl, letters to clerk, letters to judge called Emergency

PAPERS WERE: Complaint For violation of Civil Rights                    .
             Documents you are serving   letter to Superintendent, Commissioner
PARTIES WERE: (Name and address to whom sent). And F.O.R.G

1.) Clerk U.S. District Court      2.)_____
P.O.Box 7367 100 S. Clinton Street  _____
Syracuse, New york 13261           _____
3.)     13261-7367                 4.)_____
   To File with Court              _____
   And Return A copy               _____

Dated: August 3    , 2025.

Respectfully submitted

_Rahniel Coll_
Signature

Five Points C.F.
State Route 96 P.O.Box 119
Romulus NY 14541

                    Address: